AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V** | **CRIMINAL COMPLAINT** |
| **MARTINEZ ROJAS, Adriana**<br>A201 721 357 | CASE NUMBER: 1:19-**PO 013** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __03/15/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a United States Passport,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Gateway International Bridge in Brownsville, Texas. The defendant presented a United States Passport bearing the name of Olga Gonzalez and further claimed to be said person to a U.S. Customs and Border Protection Officer.  In Customs and Border Protection secondary, it was determined the defendant is not the rightful owner of the document presented.  Furthermore, it was determined the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $1000.00 Mexican Pesos.

**Continued on the attached sheet and made a part hereof:    ___Yes   X No**

/s/
_____
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**March 17, 2019**                        at           **BROWNSVILLE, TEXAS**
Date                                                           City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**     _____
Name & Title of Judicial Officer                     Signature of Judicial Officer